# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2019

SEAN F. McAVOY, CLERK

GARY A.,

_____

*Plaintiff*

v.

ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,

_____

*Defendant*

)
)
)
)
)
)

Civil Action No.   1:19-CV-03079-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The parties' Stipulated Motion for Remand, ECF No. 16, is GRANTED.
The above-captioned case be REVERSED and REMANDED to the Commissioner of Social Security for further
administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g) and this Court's order at ECF no. 17.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge        Mary K. Dimke         on a stipulated motion for remand.

Date:   November 5, 2019

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Pam Howard
_____
*(By) Deputy Clerk*

Pam Howard
_____